1  THOMAS E. FRANKOVICH (State Bar #074414)
   JESSICA A. DAYTON (State Bar #231698)
2  THOMAS E. FRANKOVICH
   *A PROFESSIONAL LAW CORPORATION*
3  2806 Van Ness Avenue
   San Francisco, CA  94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900                    **E-filed 7/6/05 **
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION
   SERVICES: HELPING YOU
8  HELP OTHERS

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
12 JAREK MOLSKI, an individual; and  )   **CASE NO. C04-2438 JF**
   DISABILITY RIGHTS                 )
   ENFORCEMENT, EDUCATION            )   **SECOND STIPULATION AND**
13 SERVICES: HELPING YOU HELP        )   **[PROPOSED] ORDER TO CONTINUE**
   OTHERS, a California public benefit )   **FURTHER CASE MANAGEMENT**
14 corporation,                      )   **CONFERENCE**
                                     )
15        Plaintiffs,                )
                                     )
16 v.                                )
                                     )
17 ROUND TABLE PIZZA SANTA CRUZ,     )
   WALT ELLER TRAILER SALES OF       )
18 MODESTO, INC., a California        )
   corporation, WALT ELLER TRAILER   )
19 SALES OF MERCED, INC., a California )
   corporation; and IT'S A DUNN DEAL, a )
20 California corporation dba ROUND   )
   TABLE PIZZA,                      )
21 _____ )

22        The parties, through their undersigned counsel, stipulate and respectfully request the

23 Court to allow a continuance of the further Case Management Conference, for good cause:

24        1.      The parties and the mediator met and conferred regarding the issues of the case,

25 the best approach for settlement of this matter, and set a mediation date for June 29, 2005.

26        2.      Due to a last minute conflict, the mediator had to cancel the mediation.  The

27 parties have rescheduled the mediation for July 6, 2005.

28

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE

1    3.    The parties are hopeful to resolve the case with the assistance of a mediator and
2  therefore request that the Further Case Management Conference be continued.

3    5.    The parties respectfully request the court to reschedule the further case
4  management conference set for July 8, 2005 to July 29, 2005.  The Court has not scheduled any
5  trial dates and the continuance of the currently scheduled further case management conference
6  will not affect any pretrial dates.

7    IT IS HEREBY STIPULATED THAT:

8    1.    The date for the further case management conference currently scheduled for July
9  8, 2005, be continued to July 29, 2005.

10   This Stipulation may be executed in faxed counterparts, all of which together shall
11  constitute one original document.

12   IT IS SO STIPULATED.

13  Dated: July 5, 2005                    THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*
14

15
                                           By: _____/s/_____
16                                                Jessica A. Dayton
                                           Attorneys for Plaintiffs JAREK MOLSKI and
17                                         DISABILITY RIGHTS, ENFORCEMENT,
                                           EDUCATION SERVICES: HELPING YOU HELP
18                                         OTHERS

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FURTHER CASE MANAGEMENT CONFERENCE          -2-

1  Dated: July 5, 2005                    FORTUNE DREVLOW, ET. AL.

2

3                                         By: _____/s/_____
                                               Patricia H. Perry
4                                         Attorneys for defendants IT'S A DUNN DEAL, a
                                          California corporation; WALT ELLER TRAILER
5                                         SALES OF MODESTO, INC., a California
                                          corporation, WALT ELLER TRAILER SALES
6                                         OF MERCED, INC., a California corporation

7  _____**ORDER**

8        IT IS HEREBY ORDERED, that the case management conference currently on calendar

9  for July 8, 2005 at 10:30 A.M. be VACATED and CONTINUED to July 29, 2005 at 10:30 A.M.

10 DATED: ____7/5_____, 2005

11                                        electronic signature authorized
                                          _____
12                                        Hon. Jeremy Fogel
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28