```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    JESSICA A. DAYTON (State Bar #231698)
 2  THOMAS E. FRANKOVICH
    A PROFESSIONAL LAW CORPORATION
 3  2806 Van Ness Avenue
    San Francisco, CA  94109
 4  Telephone:   415/674-8600
    Facsimile:    415/674-9900
 5
    Attorneys for Plaintiffs
 6  JAREK MOLSKI                                        **E-filed 10/13/05**
    and DISABILITY RIGHTS
 7  ENFORCEMENT, EDUCATION
    SERVICES: HELPING YOU
 8  HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>ROUND TABLE PIZZA SANTA CRUZ, WALT ELLER TRAILER SALES OF MODESTO, INC., a California corporation, WALT ELLER TRAILER SALES OF MERCED, INC., a California corporation; and IT'S A DUNN DEAL, a California corporation dba ROUND TABLE PIZZA, | **CASE NO. C04-2438 JF**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

SECOND OF DISMISSAL AND [PROPOSED] ORDER THEREON

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

Dated: September 22, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Jessica A. Dayton
Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: September 26, 2005

FORTUNE DREVLOW, ET. AL.

By: _____/s/_____
Patricia H. Perry
Attorneys for defendants IT'S A DUNN DEAL, a California corporation; WALT ELLER TRAILER SALES OF MODESTO, INC., a California corporation, WALT ELLER TRAILER SALES OF MERCED, INC., a California corporation

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: 10/13/05, 2005

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Judge